# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCCALLA, JON P. | U.S. DISTRICT COURT | 06/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

167 N. MAIN STREET
11TH FLOOR
MEMPHIS, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MCCALLA, JON P.** | 06/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MORGAN STANLEY | BANK LOAN | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1ST TN BANK - CHECKING/ SAVING, MEMPHIS, TN | A | Interest | J | T | | | | | |
| 2. ▨ FARMS, SHELBY CO, TN | B | Rent | K | R | | | | | |
| 3. SHS TRUSTMARK BANK COMMON | B | Dividend | K | T | | | | | |
| 4. FARM LAND #1, SHELBY COUNTY, TN 12/16/94 | B | Rent | K | Q | | | | | |
| 5. FARM LAND #2, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 6. FARM LAND #3, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 7. SHS TRUSTMARK BANK COMMON | C | Dividend | M | T | | | | | |
| 8. IRA-MORGAN STANLEY-AMERICAN FUNDS-NEW PERSPECTIVE | C | Dividend | L | T | | | | | |
| 9. IRA-MORGAN STANLEY-FLOWERS INDUSTRIES SHS COMMON | A | Dividend | J | T | | | | | |
| 10. SHS HANOVER INS | A | Dividend | J | T | | | | | |
| 11. AMERICAN FUNDS-INVESTMENT CO OF AMERICA | B | Dividend | K | T | | | | | |
| 12. AMERICAN FUNDS-AMERICAN NEW PERSPECTIVES FUND | B | Dividend | K | T | | | | | |
| 13. FRACTIONAL INTERESTS IN FARM LAND, SHELBY CO., TN | B | Rent | K | W | | | | | |
| 14. FRACTIONAL INTEREST IN FARM LAND, INHERITED, SHELBY CO, TN | B | Rent | L | W | | | | | |
| 15. IRA-MORGAN STANLEY-VAN KAMPEN FD- VAN KAMPEN GROWTH & INCOME | C | Dividend | L | T | | | | | |
| 16. IRA-MORGAN STANLEY-AMERICAN FUNDS-GROWTH FUND OF AMERICA | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. IRA-MORGAN STANLEY-ALLSTATE LIFE INS T-LINK ANNUITY | | None | M | T | | | | | |
| 18. IRA-MORGAN STANLEY-GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 19. IRA-MORGAN STANLEY-HOTCHKIS & WILEY FD- LRG CAP VAL FDS CL C | A | Dividend | L | T | | | | | |
| 20. IRA-MORGAN STANLEY BANK-CASH | A | Interest | L | T | | | | | |
| 21. SHS TRUSTMARK BANK COMMON | A | Dividend | J | T | | | | | |
| 22. AMERICAN FUNDS-TAX EXEMPT BOND FUND CL C | B | Interest | K | T | | | | | |
| 23. IRA-MORGAN STANLEY-CALAMOS NEW MARKET NEUTRAL CL I | A | Dividend | L | T | | | | | |
| 24. IRA-MORGAN STANLEY-GROWTH FUND OF AMERICA CL FI | C | Dividend | L | T | | | | | |
| 25. IRA-MORGAN STANLEY-HOTCHKIS & WILEY LARGE CAP VAL CL I | C | Dividend | M | T | | | | | |
| 26. FIDELITY-NUVEEN PREMIER MUN INC FD MERGED INTO LINE 44 | A | Interest | | | Merged (with line 44) | 09/12/16 | K | | |
| 27. FIDELITY-NUVEEN INVT QUALITY MUN FUND MERGED INTO LINE 44 | C | Interest | | | Merged (with line 44) | 09/12/16 | L | | |
| 28. FIDELITY-NUVEEN SELECT QUALITY MUN FUND MERGED INTO LINE 44 | A | Interest | | | Merged (with line 44) | 09/12/16 | K | | |
| 29. FIDELITY-CASH | A | Interest | K | T | | | | | |
| 30. FIDELITY-WESTERN ASSET MANAGED (ticker MMU) FUND | B | Dividend | K | T | | | | | |
| 31. TEMPLETON GLOBAL BOND FUND | | None | | | Sold | 11/08/16 | K | A | |
| 32. IRA-INVESTMENT CO OF AMERICA | B | Dividend | K | T | | | | | |
| 33. IRA-HUSSMAN INVT STRATEGIC TOTAL RETURN | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. IRA-GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 35. IRA-FIDELITY ADV NEW INSIGHTS | D | Dividend | M | T | | | | | |
| 36. IRA-FIDELITY ADV STRATEGIC INCOME | B | Dividend | L | T | | | | | |
| 37. IRA-DOUBLELINE TOTAL RETURN BOND | C | Dividend | M | T | | | | | |
| 38. IRA-AT&T | B | Dividend | K | T | | | | | |
| 39. IRA-CASH MORGAN STANLEY | A | Interest | K | T | | | | | |
| 40. IRA-TEMPLETON GLOBAL BOND | A | Dividend | K | T | | | | | |
| 41. NUVEEN TN MUNI BD | C | Interest | M | T | | | | | |
| 42. NUVEEN TN MUNI BD | B | Interest | K | T | | | | | |
| 43. FIDELITY-BLACKROCK MUNI INC QUALITY | B | Interest | K | T | | | | | |
| 44. FIDELITY-NUVEEN DIV ADVANTAGE MUNI | C | Interest | M | T | | | | | |
| 45. FIDELITY-NUVEEN ATM FREE MUN CR INC FD | B | Interest | K | T | | | | | |
| 46. FIDELITY-NUVEEN PERFORMANCE PLUS MUN MERGED INTO LINE 133 | B | Interest | | | Merged (with line 133) | 09/12/16 | K | | |
| 47. FIDELITY-NUVEEN PREM INC MUN FD 2 MERGED INTO LINE 133 | A | Interest | | | Merged (with line 133) | 09/12/16 | K | | |
| 48. FIDELITY-ISHARES S&P 500 GROWTH ETF | A | Dividend | L | T | | | | | |
| 49. FIDELITY-ISHARES S&P 500 VALUE ETF | A | Dividend | K | T | | | | | |
| 50. FIDELITY-ISHARES CORE S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 08/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. FIDELITY-SECTOR SPDR TR SHS BEN INT CONSUMER STAPLES | A | Dividend | J | T | | | | | |
| 52. IRA-MORGAN STANLEY- FPA FDS TR CRESCENT PORTFOLIO | C | Dividend | L | T | | | | | |
| 53. SCHWAB-ASHFORD HOSPITAL 8.45% PFD | B | Interest | K | T | | | | | |
| 54. SCHWAB-FIRST POTOMAC 7.75% | A | Interest | | | Sold (part) | 01/19/16 | J | A | |
| 55. | | | | | Sold (part) | 04/27/16 | J | A | |
| 56. | | | | | Sold | 07/06/16 | J | A | |
| 57. SCHWAB-HERSHA HOSP 8% | B | Interest | | | Sold | 06/08/16 | K | A | |
| 58. SCHWAB-MUNI MONEY FUND | A | Interest | J | T | | | | | |
| 59. SCHWAB-NORTHSTAR REA 8.25% | B | Interest | K | T | | | | | |
| 60. SCHWAB-PEBBLEBROOK HOTEL 8% | B | Interest | | | Sold | 09/21/16 | K | A | |
| 61. SCHWAB-STAG INDL 6.25% | B | Interest | K | T | | | | | |
| 62. SCHWAB-SUMMIT HOTEL 7.7875% | C | Interest | K | T | | | | | |
| 63. SCHWAB-EQUITY COMMONWEALTH R 7.25% PFD | A | Interest | | | Sold | 05/16/16 | K | C | |
| 64. SCHWAB-UMH PROPERTIES 8.25% PFD | A | Interest | J | T | | | | | |
| 65. IRREVBL TRUST U/A DTD 12/29/1999 DOD 8/23/2014 INCOME BENEFICIARY | | | | | | | | | |
| 66. -AT&T X | C | Dividend | M | T | | | | | |
| 67. -CHEVRON X | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -EXXON MOBIL X | A | Dividend | J | T | | | | | |
| 69. -WISDOMTREE TRUST EMERGING MKT EQT | B | Dividend | K | T | | | | | |
| 70. -FIRST TRUST DJ GL SEL DVD | B | Dividend | K | T | | | | | |
| 71. -SPDR S&P DIVIDEND | B | Dividend | K | T | | | | | |
| 72. -BLACKROCK INC | A | Dividend | J | T | | | | | |
| 73. -DOW CHEMICAL | A | Dividend | J | T | | | | | |
| 74. -CORNING INC | A | Dividend | J | T | | | | | |
| 75. -WALGREENS BOOTS ALLIANCE | A | Dividend | J | T | | | | | |
| 76. -ABBVIE INC | A | Dividend | J | T | | | | | |
| 77. -BOEING CO | A | Dividend | J | T | | | | | |
| 78. -MORGAN STANLEY CASH ACCOUNT | A | Interest | L | T | | | | | |
| 79. -OLIN CORPORATION | A | Dividend | J | T | | | | | |
| 80. -ISHARES SMALL CAP 600G ETF | A | Dividend | K | T | | | | | |
| 81. -VISA INC CL A | A | Dividend | J | T | | | | | |
| 82. -VANGUARD MIDCAP GROWTH ETF | A | Dividend | K | T | | | | | |
| 83. -FIRST TR EXCHANGE TRADED FD VI | A | Dividend | J | T | | | | | |
| 84. CONOCOPHILLIPS | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. IRA-MORGAN STANLEY-JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 86. IRA-MORGAN STANLEY-SWEEP ACCOUNT | A | Interest | K | T | | | | | |
| 87. MORGAN STANLEY BANK N.A. - MONEY MARKET X | A | Interest | J | T | | | | | |
| 88. FIRST TRUST MID CAP VALUE | A | Dividend | K | T | | | | | |
| 89. ISHARES SMALL CAP 600 ETF | A | Dividend | L | T | | | | | |
| 90. VANGUARD MID CAP VALUE ETF | A | Dividend | K | T | | | | | |
| 91. VANGUARD MID CAP GROWTH ETF | A | Dividend | K | T | | | | | |
| 92. POWERSHARES S&P SC INDUSTRIAL | A | Dividend | | | Sold | 11/08/16 | K | A | |
| 93. MORGAN STANLEY-ADVISORSHARES WILSHIRE BUYBACK | A | Dividend | L | T | | | | | |
| 94. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 95. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 96. FIDELITY-PROSHARES TRUST S&P 500 ETF | A | Dividend | K | T | | | | | |
| 97. FIDELITY-BERKSHIRE HATHAWAY INC DEL CL B NEW | | None | J | T | | | | | |
| 98. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 99. MORGAN STANLEY-POWERSHARES RUSSELL MIDCAP P | A | Dividend | K | T | | | | | |
| 100. MORGAN STANLEY-VANGUARD SAMLL CAP ETF | A | Dividend | J | T | | | | | |
| 101. MORGAN STANLEY-PALO ALTO NETWORKS INC | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. MORGAN STANLEY-MOBILEYE NV | | None | J | T | | | | | |
| 103. MORGAN STANLEY-SALESFORCE COM INC | | None | J | T | | | | | |
| 104. MORGAN STANLEY-SPDR S&P DIVIDEND | A | Dividend | K | T | | | | | |
| 105. MORGAN STANLEY-CHEVRON CORP | A | Dividend | J | T | | | | | |
| 106. MORGAN STANLEY-JOHNSON & JOHNSON PREF RATE | A | Dividend | J | T | | | | | |
| 107. MORGAN STANLEY-APPLE INC PREF RATE | A | Dividend | J | T | | | | | |
| 108. IRA-VANGUARD HEALTH CARE EFT | A | Dividend | K | T | Buy (add'l) | 01/14/16 | J | | |
| 109. | | | | | Buy (add'l) | 06/07/16 | K | | |
| 110. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 111. IRA-CONS DISCRET SEL SECT SPDR | A | Dividend | K | T | Buy (add'l) | 01/14/16 | J | | |
| 112. | | | | | Buy (add'l) | 06/07/16 | K | | |
| 113. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 114. IRA-THE FINANCIAL SEL SECT SPDR | A | Dividend | J | T | Buy (add'l) | 01/14/16 | J | | |
| 115. IRA-THE TECHNOLOGY SEL SEC SPDR | A | Dividend | K | T | Buy (add'l) | 01/14/16 | J | | |
| 116. | | | | | Buy (add'l) | 06/07/16 | K | | |
| 117. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 118. SCHWAB-CAMPUS CREST COM 8% PFD | | None | | | Sold | 03/03/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. SCHWAB-RESOURCE CAP 8.625% PFD | B | Dividend | J | T | | | | | |
| 120. SCHWAB-CAPSTEAD MTG C 7.5% PFD | A | Dividend | J | T | | | | | |
| 121. SCHWAB-DFA US CORE EQUITY I PORT INSTL | A | Dividend | M | T | Sold (part) | 11/02/16 | K | B | |
| 122. SCHWAB-URSTADT BIDD 7.125% PFD | B | Dividend | K | T | | | | | |
| 123. SCHWAB-CEDAR REALTY 7.25% PFD | B | Dividend | K | T | | | | | |
| 124. IRA-MORGAN STANLEY-FIDELITY ADV ENERGY I | A | Dividend | K | T | | | | | |
| 125. IRA-MORGAN STANLEY-VANGUARD HEALTH CARE ETF | B | Dividend | L | T | | | | | |
| 126. IRA-MORGAN STANLEY-CONS DISCRET SEL SECT SPDR FD | B | Dividend | L | T | | | | | |
| 127. IRA-THE TECHNOLOGY SEL SEC SPDR | A | Dividend | K | T | | | | | |
| 128. IRA-MORGAN STANLEY-FIRST TR EX TRADED FD VI | B | Dividend | L | T | | | | | |
| 129. IRA-MORGAN STANLEY-KINDER MORGAN INCORP | A | Dividend | K | T | | | | | |
| 130. IRA-MORGAN STANLEY-ANGEL OAK MULTI STRAT INC | | None | | | Sold | 11/08/16 | L | A | |
| 131. IRA-MORGAN STANLEY-NATIXIS ASG MANAG FUT STRAT Y | | None | | | Sold | 11/09/16 | K | A | |
| 132. IRA-MORGAN STANLEY-PIMCO INCOME | D | Dividend | M | T | Buy (add'l) | 03/24/16 | L | | |
| 133. FIDELITY-NUVEEN AMT FREE QLTY UN INC | B | Interest | L | T | | | | | |
| 134. MORGAN STANLEY-BLACKROCK MUNI HLDG | A | Interest | K | T | Buy | 11/08/16 | K | | |
| 135. MORGAN STANLEY-EATON VANCE | A | Dividend | K | T | Buy | 11/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. MORGAN STANLEY-EV TABS INTERM-TERM MUNI | A | Interest | L | T | Buy | 03/24/16 | L | | |
| 137. IRA-MORGAN STANLEY-BRANDES INTL SMALL CAP | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 138. IRA-MORGAN STANLEY-UNDISCOVERED MNGR BHVRL VL SEL | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 139. IRA-MORGAN STANLEY-LORD ABBETT SHT DURATION | B | Dividend | L | T | Buy | 03/24/16 | L | | |
| 140. IRA-MORGAN STANLEY-T ROWE PRICE INTL DISCOVERY | A | Dividend | K | T | Buy | 11/08/16 | K | | |
| 141. IRA-MORGAN STANLEY-HARDING LOEVNER INTL EQUITY | A | Dividend | K | T | Buy | 11/08/16 | K | | |
| 142. IRA-MORGAN STANLEY-VANGUARD INDEX FDS S&P 500 | A | Dividend | K | T | Buy | 11/09/16 | K | | |
| 143. IRA-MORGAN STANLEY-SELECT SECTOR SPDR TD ETF | A | Dividend | J | T | Spinoff (from line 114) | 09/19/16 | J | | |
| 144. SCHWAB-MONMOUTH REA 7.65% | A | Interest | | | Buy | 06/09/16 | K | | |
| 145. | | | | | Sold | 10/14/16 | K | A | |
| 146. SCHWAB-BLUEROCK RESI 8.25% PFD | A | Interest | J | T | Buy | 03/15/16 | J | | |
| 147. SCHWAB-AMERN CAP AGY 7.75% PFD | A | Interest | K | T | Buy | 03/28/16 | K | | |
| 148. SCHWAB-ANWORTH MTG 7.625% PFD | A | Interest | K | T | Buy | 06/09/16 | K | | |
| 149. SCHWAB-COLONY CAPITAL 8.5% PFD | A | Interest | K | T | Buy | 06/30/16 | K | | |
| 150. SCHWAB-CORENERGY INF 7.375% PFD | A | Interest | K | T | Buy | 09/30/16 | K | | |
| 151. SCHWAB-ASHFORD HOSPITAL 8.55% PFD | | None | K | T | Buy | 09/30/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. SCHWAB-ASHFORD HOSPITAL 7.375% PFD | | None | K | T | Buy | 10/12/16 | K | | |
| 153. SCHWAB-DRIVE SHACK INV 8.05% PFD | | None | J | T | Buy | 10/12/16 | J | | |
| 154. SCHWAB-DRIVE SHACK INV 8.375% PFD | | None | K | T | Buy | 11/04/16 | K | | |
| 155. SCHWAB-MONMOUTH REA 7.875% | A | Interest | J | T | Buy | 11/04/16 | J | | |
| 156. SCHWAB-ANNALY CAPIT 7.625% PFD | A | Interest | J | T | Buy | 11/04/16 | J | | |
| 157. SCHWAB-ISTAR INC 8% PFD | A | Interest | J | T | Buy | 11/04/16 | J | | |
| 158. SCHWAB-ISTAR INC 7.5% PFD | A | Interest | K | T | Buy | 11/04/16 | K | | |
| 159. SCHWAB-HERSHA HOSPITY 6.5% PFD | | None | J | T | Buy | 12/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 06/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SCHEDULE VII, LINE 2
1/3 INTEREST IN ⬛⬛⬛⬛ FARMS, SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR $96,800. THIS LAND IS IN AGRICULTURAL USE.

SCHEDULE VII, LINE 4
INHERITED AN UNDIVIDED 1/12 INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE, DATED 12/16/94.

SCHEDULE VII, LINES 5 & 6
RECEIVED AN UNDIVIDED 1/6 INTEREST IN FARM LAND AND AN UNDIVIDED 1/12 INTEREST IN FARM LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DATED 11/28/94.

SCHEDULE VII, LINE 13
FRACTIONAL INTERESTS IN FARM LAND IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000.

SCHEDULE VII, LINE 14
FRACTIONAL INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE INHERITED IN 1992

SCHEDULE VII, LINE 65
TRUST ESTABLISHED BY INHERITANCE FROM PARENT DOD 8/23/14

SCHEDULE VII, LINES 26, 27, 28
WERE MERGED INTO FIDELITY-NUVEEN DIVID ADVANTAGE MUN FUND ON LINE 44

SCHEDULE VII, LINES 46 & 47
WERE MERGED INTO FIDELITY-NUVEEN AMT FREE QLTY MUN INC ON LINE 133

SCHEDULE VII, LINE 45
NAME WAS CHANGED FROM NUVEEN MUN OPPORTUNITY FUND TO NUVEEN AMT FREE MUN CR INC FD

SCHEDULE VII, LINE 93
NAME WAS CHANGED FROM TRIMTABS FLOAT SHRINK ETF TO ADVISORSHARES WILSHIRE BUYBACK

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ JON P. MCCALLA

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544